# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 02-2207

_____

Tom W. Rodgers; Juan P. Lewis,  *
            *
    Appellants,    *
            *
    v.        * Appeal from the United States
            * District Court for the Eastern
City of St. Louis, Department of  * District of Missouri.
Safety Division of Corrections; G. *
Hughes, C.O.; Unknown Kevers, C.O.; *   [UNPUBLISHED]
Unknown Clemons, C.O.; Unknown  *
Clemens, Capt.; Unknown Casey,  *
Capt.; Unknown Stewart, Lt.; Alice *
Pollard-Buckingham; Unknown   *
Roberts, Lt.,       *
            *
    Appellees.    *

_____

Submitted:  August 6, 2002

Filed:  August 22, 2002

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
  Judges.

_____

PER CURIAM.

Tom Rodgers appeals from the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 complaint.[2]  We conclude that the district court did not abuse its discretion in dismissing Mr. Rodgers's complaint without prejudice after he failed to comply with a court order.  See Fed. R. Civ. P. 41(b); Edgington v. Missouri Dep't of Corr., 52 F.3d 777, 779-80 (8th Cir. 1995).  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

[2]Juan Lewis did not submit a timely notice of appeal, and therefore is not a proper appellant.